**WPC CORPORATION, Respondent,**

v.

**Lonnie SNELLING,
Defendant/Appellant.**

**No. ED 87179.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 16, 2006.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 20, 2006.

Application for Transfer Denied
Aug. 22, 2006.

Lonnie Snelling, Pro Se, St. Louis, MO, for appellant.

Phillip Morse, St. Charles, MO, Dennis Owens, Kansas City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY and BOOKER T. SHAW, JJ.

1. All pending motions are hereby denied.

**ORDER**

PER CURIAM.

The defendant, Lonnie Snelling, appeals the judgment of the Associate Circuit Court of the City of St. Louis awarding the plaintiff, WPC Corporation, costs and attorney fees totaling $32,439 on its claim against Mr. Snelling for filing a frivolous suit. We have reviewed the parties' briefs and the record on appeal and find no error. An opinion would have no precedential value. The trial court's judgment is affirmed.[1] Rule 84.16(b)(5).